The Honorable J. Richard Creatura

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEREMY CRAHAN,<br><br>Defendant. | NO. MJ23-5000-02 JRC<br><br>MOTION FOR DETENTION ORDER |

The United States moves for detention of the Defendant, pursuant to 18 U.S.C. § 3142(e) and (f).

1. <u>Eligibility of Case</u>. This case is eligible for a detention order because this case involves (check all that apply):

   __  Crime of violence (18 U.S.C. § 3156)

   X  Crime of Terrorism (18 U.S.C. § 2332b(g)(5)(B)) with a maximum sentence of ten years or more

   __  Crime with a maximum sentence of life imprisonment or death

   __  Drug offense with a maximum sentence of ten years or more

   __  Felony offense and defendant has two prior convictions in the four categories above, or two State convictions that would otherwise fall within these four categories if federal jurisdiction had existed

Motion for Detention- 1
*United States v. Jeremy Crahan*, MJ23-5000-02 JRC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

|   |   |   |
|---|---|---|
| | ___ | Felony offense involving a minor victim other than a crime of violence |
| | ___ | Felony offense, other than a crime of violence, involving possession or use of a firearm, destructive device (as those terms are defined in 18 U.S.C. § 921), or any other dangerous weapon |
| | ___ | Felony offense other than a crime of violence that involves a failure to register as a Sex Offender (18 U.S.C. § 2250) |
| | X | Serious risk the defendant will flee |
| | X | Serious risk of obstruction of justice, including intimidation of a prospective witness or juror |
| | ___ | Probable cause to believe the defendant has been found guilty of an offense and is awaiting imposition of a sentence under 18 U.S.C. § 3143(a) and Federal Rule of Criminal Procedure 32.1(a)(6). |

2. <u>Reason for Detention</u>.  The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

| | X | Defendant's appearance as required |
|---|---|---|
| | X | Safety of any other person and the community |

3. <u>Rebuttable Presumption</u>.  The United States will invoke the rebuttable presumption against defendant under § 3142(e). The presumption applies because:

| | X | Probable cause to believe defendant committed a violation of one of the following offenses: 18 U.S.C. §§ 924(c), 956 (conspiracy to murder or kidnap), 2332b (act of terrorism), 2332b(g)(5)(B) (crime of terrorism) |
|---|---|---|

*Legal authority*: The Bail Reform Act, at Title 18, United States Code, Section 3142(e)(3)(C), provides a rebuttable presumption for detention in cases like the instant one, where a defendant is charged with an offense listed in 18 U.S.C. § 2332b(g)(5)(B). Conspiracy to Damage an Energy Facility, in violation of 18 United States Code Section 1366, is such an offense when – as charged in the complaint here – it involves the "significant interruption and impairment of a function of an energy facility." See 18 U.S.C. § 2332b(g)(5)(B) and 18 U.S.C. § 1366(a).

Motion for Detention- 2
*United States v. Jeremy Crahan*, MJ23-5000-02 JRC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

4. <u>Time for Detention Hearing</u>.  The United States requests the Court conduct the detention hearing:

<u>X</u>   At the initial appearance

___   After continuance of ____ days (not more than 3)

DATED this 3rd day of January, 2023.

Respectfully submitted,

NICHOLAS W. BROWN
United States Attorney

*s/Stephen Hobbs*
STEPHEN P. HOBBS
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: 206-553-2279
Facsimile: 206-553-2054
E-mail: Stephen.Hobbs@usdoj.gov

Motion for Detention- 3
*United States v. Jeremy Crahan*, MJ23-5000-02 JRC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970